UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 23-mc-51499
Hon. Matthew F. Leitman

JOHN ANGELO,
GLENN PHILLIP FRANKLIN, III, and
THOMAS REED QUARTZ,

    Defendants.

_____/

**ORDER TERMINATING MOTION TO QUASH (ECF No. 1) AS MOOT**

On October 13, 2023, non-party Auto Accident Attorneys, PLLC filed a motion to quash a subpoena in this action. (*See* Mot., ECF No. 1.)

In light of developments in this case since the motion was filed, the motion no longer presents a live issue that needs to be decided by the Court. The motion (ECF No. 1) is therefore **TERMINATED AS MOOT**.

    **IT IS SO ORDERED.**

                                  s/Matthew F. Leitman
                                  MATTHEW F. LEITMAN
                                  UNITED STATES DISTRICT JUDGE

Dated:  February 2, 2024

  I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 2, 2024, by electronic means and/or ordinary mail.

                s/Holly A. Ryan
                Case Manager
                (313) 234-5126